UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS ARNOLD, ROBERT BURR, JOHN TRAVIS HASKINS, VINCENT HONEY, SR., KENNETH KIMBALL, LEON MCMANUS, MCKINNLEY MUSE, JEFFREY SCOTT, CLYDE SMITH, LATRINA TOY, and JIMMY WEAVER, | * * * * * * | CIVIL ACTION NO. 16-00211 |
| | * | JUDGE DEGRAVELLES |
| Plaintiffs, | * * | |
| VERSUS | * * | MAG. JUDGE BOURGEOIS, JR. |
| ENTERGY OPERATIONS, INC., | * * | |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Joint Motion to Dismiss and for Approval of Settlement filed by plaintiff, John Travis Haskins, and defendant, Entergy Operations, Inc.;

IT IS ORDERED that the Joint Motion to Dismiss filed by the parties should be and is hereby **GRANTED**, as all parties are represented by counsel and have agreed upon a fair and equitable resolution of a *bona fide* dispute as to the liability of the defendant for alleged unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA"), and the amount of damages, if any, due to the plaintiff, along with all costs and fees;

IT IS FURTHER ORDERED that the resolution of the case is approved by the Court;

IT IS FURTHER ORDERED that the plaintiff's claims against the defendant shall be and hereby are **DISMISSED** in their entirety and with prejudice; and

2

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter for all purposes, including enforcement of the Receipt, Release and Settlement Agreement entered into by the parties.

Signed in Baton Rouge, Louisiana, on <u>March 7, 2018</u>.

‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**