UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS ARNOLD, ROBERT BURR,          *      CIVIL ACTION
JOHN TRAVIS HASKINS, VINCENT HONEY,  *      NO. 16-00211
SR., KENNETH KIMBALL, LEON MCMANUS,  *
MCKINNLEY MUSE, JEFFREY SCOTT,       *
CLYDE SMITH, LATRINA TOY, and        *
JIMMY WEAVER,                        *      JUDGE DEGRAVELLES
                                     *
           Plaintiffs,               *
                                     *
VERSUS                               *      MAG. JUDGE BOURGEOIS, JR.
                                     *
ENTERGY OPERATIONS, INC.,            *
                                     *
           Defendant.                *
                                     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Joint Motion to Substitute Exhibit "1" to Joint Motion to Dismiss Claims of Remaining Plaintiffs and for Approval of Settlement filed by plaintiffs, Robert Burr, Vincent Honey, Sr., Leon D. McManus, Jeffrey C. Scott, Clyde J. Smith, and Latrina Toy ("Plaintiffs"), and defendant, Entergy Operations, Inc.;

IT IS ORDERED that the Joint Motion to Substitute should be and is hereby GRANTED, and the Receipt, Release, and Settlement Agreement attached as Exhibit "1" to the Joint Motion to Substitute shall be substituted in the record for the document previously filed as Exhibit "1" to the parties' Joint Motion to Dismiss Claims of Remaining Plaintiffs and for Approval of Settlement.

Baton Rouge, Louisiana, on this the _____ day of October, 2018.

_____
        UNITED STATES DISTRICT JUDGE